No. 70–84. CATENA *v.* NEW JERSEY STATE COMMISSION OF INVESTIGATION. Appeal from Super. Ct. N. J. dismissed for want of a substantial federal question. MR. JUSTICE DOUGLAS would note jurisdiction and reverse.

No. 71–318. ANNALORO *v.* NEW JERSEY STATE COMMISSION OF INVESTIGATION. Appeal from Sup. Ct. N. J. Appeal dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS would note jurisdiction and reverse.

No. 71–1107. GEE *v.* CALIFORNIA. Appeal from App. Dept., Super. Ct. Cal., County of Los Angeles, dismissed for want of substantial federal question.

No. 71–6341. DIGGS *v.* UNITED STATES. Appeal from Ct. App. D. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 70–303. UNITED STATES *v.* KORMAN ET AL. C. A. 7th Cir. Certiorari granted and judgment reversed. *Kastigar* v. *United States, ante,* p. 441.

No. 71–775. UNITED STATES *v.* CROPPER. C. A. 5th Cir. Certiorari granted and judgment reversed. *Kastigar* v. *United States, ante,* p. 441.

No. 71–377. ELIAS, CORRECTIONAL SUPERINTENDENT *v.* CATENA. C. A. 3d Cir. Certiorari granted and judgment reversed. *Zicarelli* v. *New Jersey State Commission of Investigation, ante,* p. 472. MR. JUSTICE DOUGLAS dissents.